MARCH 6, 2001

No. 00A767 (00–8810). RICHARDSON *v.* LUEBBERS, SUPERINTENDENT, POTOSI CORRECTIONAL CENTER. Sup. Ct. Mo. Application for stay of execution of sentence of death, presented to JUSTICE THOMAS, and by him referred to the Court, granted pending disposition of the petition for writ of certiorari. Should the petition for writ of certiorari be denied, this stay shall terminate automatically. In the event the petition for writ of certiorari is granted, the stay shall terminate upon the issuance of the mandate of this Court.

No. 00A773. LUEBBERS, SUPERINTENDENT, POTOSI CORRECTIONAL CENTER *v.* RICHARDSON. Application to vacate the stay of execution of sentence of death entered by the United States Court of Appeals for the Eighth Circuit on March 6, 2001, presented to JUSTICE THOMAS, and by him referred to the Court, granted. JUSTICE STEVENS, JUSTICE GINSBURG, and JUSTICE BREYER would deny the application to vacate the stay of execution.

No. 00–8505 (00A702). DOWTHITT *v.* JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Application for stay of execution of sentence of death, presented to JUSTICE SCALIA, and by him referred to the Court, denied. Certiorari denied. JUSTICE STEVENS and JUSTICE GINSBURG would grant the application for stay of execution.

MARCH 7, 2001

No. 00–8824 (00A775). DOWTHITT *v.* TEXAS. Ct. Crim. App. Tex. Application for stay of execution of sentence of death, presented to JUSTICE SCALIA, and by him referred to the Court, denied. Certiorari denied. JUSTICE O'CONNOR took no part in the consideration or decision of this application and this petition.